**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Brittany S. Scott (SBN 327132)
Luke W. Sironski-White (SBN 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
        bscott@bursor.com
        lsironski@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Plaintiffs*
BRIE BALDWIN, ROLANDA FIELDS,
SAMUEL GEMETTE, TYASIA REDDIC,
TERRENCE WILSON and ERMA TUCKER

**DENTONS US LLP**
Bety Javidzad (SBN 240598)
Nick S. Pujji (SBN 259571)
Pooja L. Shah (SBN 330550)
601 South Figueroa Street
Suite 2500
Los Angeles, Ca 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924
Email:
        bety.javidzad@dentons.com
        nick.pujji@dentons.com
        pooja.l.shah@dentons.com

*Attorneys for Defendant*
BISSELL, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIE BALDWIN, ROLANDA FIELDS, SAMUEL GEMETTE, TYASIA REDDIC, TERRENCE WILSON, and ERMA TUCKER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>BISSELL INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:23-cv-05349-AMO<br><br>Judge: Honorable Araceli Martinez-Olguin<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

1  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiffs Brie
2  Baldwin, Rolanda Fields, Samuel Gemette, Tyasia Reddic, Terrence Wilson, and Erma Tucker
3  ("Plaintiffs") and Bissell Inc. ("Defendant"), through their designated counsel, that this action be
4  and is hereby dismissed **without** prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal
5  Rules of Civil Procedure; and Plaintiffs and Defendant, through their designated counsel, further
6  stipulate that they shall each bear their own fees and costs.

Date: February 7, 2024                **BURSOR & FISHER, P.A**

By: /s/ *Brittany S. Scott*
　　　Brittany S. Scott

L. Timothy Fisher (SBN 191626)
Brittany S. Scott (SBN 327132)
Luke W. Sironski-White (SBN 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
　　　　bscott@bursor.com
　　　　lsironski@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Plaintiffs*
BRIE BALDWIN, ROLANDA FIELDS,
SAMUEL GEMETTE, TYASIA REDDIC,
TERRENCE WILSON and ERMA TUCKER

Date: February 7, 2024                **DENTONS US LLP**

By: /s/ *Pooja L. Shah*
　　　Pooja L. Shah

Bety Javidzad (SBN 240598)
Nick S. Pujji (SBN 259571)
Pooja L. Shah (SBN 330550)

601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: bety.javidzad@dentons.com
    nick.pujji@dentons.com
    pooja.l.shah@dentons.com

*Attorneys for Defendant*
BISSELL, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Brittany S. Scott, am the ECF user whose identification and password are being used to file this Joint Stipulation of Dismissal without Prejudice. I hereby attest that all signatories listed on the preceding page concur in this filing.

　　　　　　　　　　　　　　　　　　　　　　/s/ Brittany S. Scott