**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Brittany S. Scott (SBN 327132)
Luke W. Sironski-White (SBN 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       bscott@bursor.com
       lsironski@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Plaintiffs*
BRIE BALDWIN, ROLANDA FIELDS,
SAMUEL GEMETTE, TYASIA REDDIC,
TERRENCE WILSON and ERMA TUCKER

**DENTONS US LLP**
Bety Javidzad (SBN 240598)
Nick S. Pujji (SBN 259571)
Pooja L. Shah (SBN 330550)
601 South Figueroa Street
Suite 2500
Los Angeles, Ca 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924
Email:
       bety.javidzad@dentons.com
       nick.pujji@dentons.com
       pooja.l.shah@dentons.com

*Attorneys for Defendant*
BISSELL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIE BALDWIN, ROLANDA FIELDS, SAMUEL GEMETTE, TYASIA REDDIC, TERRENCE WILSON, and ERMA TUCKER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br><br>BISSELL INC.,<br><br>                Defendant. | Case No. 3:23-cv-05349-AMO<br><br>Judge: Honorable Araceli Martinez-Olguin<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

1   IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiffs Brie Baldwin, Rolanda Fields, Samuel Gemette, Tyasia Reddic, Terrence Wilson, and Erma Tucker ("Plaintiffs") and Bissell Inc. ("Defendant"), through their designated counsel, that this action be and is hereby dismissed **with** prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and Plaintiffs and Defendant, through their designated counsel, further stipulate that they shall each bear their own fees and costs.

Date: February 26, 2024

**BURSOR & FISHER, P.A**

By: /s/ *Brittany S. Scott*
    Brittany S. Scott

L. Timothy Fisher (SBN 191626)
Brittany S. Scott (SBN 327132)
Luke W. Sironski-White (SBN 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email:  ltfisher@bursor.com
        bscott@bursor.com
        lsironski@bursor.com

**BURSOR & FISHER, P.A.**
Joshua D. Arisohn
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jarisohn@bursor.com

*Attorneys for Plaintiffs*
BRIE BALDWIN, ROLANDA FIELDS,
SAMUEL GEMETTE, TYASIA REDDIC,
TERRENCE WILSON and ERMA TUCKER

Date: February 26, 2024

**DENTONS US LLP**

By: /s/ *Pooja L. Shah*
    Pooja L. Shah

Bety Javidzad (SBN 240598)
Nick S. Pujji (SBN 259571)
Pooja L. Shah (SBN 330550)

601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: bety.javidzad@dentons.com
       nick.pujji@dentons.com
       pooja.l.shah@dentons.com

*Attorneys for Defendant*
BISSELL, INC.

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

I, Brittany S. Scott, am the ECF user whose identification and password are being used to file this Joint Stipulation of Dismissal without Prejudice. I hereby attest that all signatories listed on the preceding page concur in this filing.

                              /s/ Brittany S. Scott